UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CURTIS ELLISON,                              )
                                             )
            Petitioner,                      )
                                             )
v.                                           )   No. 1:11-cv-1568-TWP-DML
                                             )
KEITH BUTTS,                                 )
                                             )
            Respondent.                      )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 10/12/2012

Laura Briggs, Clerk
United States District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk

Distribution:

Curtis Ellison
#933762
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Linda.Leonard@atg.in.gov